IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE - : MAGISTRATE'S NO. 97-675-M
SEALING ORDERS :
 :

**ORDER**

AND NOW, this 20th day of October, 2011, upon consideration of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED; and

2. The United States Department of Justice is hereby advised that the sealing orders entered by the Magistrate Judges in the above-referenced matter were intended to prohibit the disclosure of the records under the FOIA.

BY THE COURT:

*/s/ J. Curtis Joyner*
J. CURTIS JOYNER, Ch. J.